In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00417-CV
_____

**WAYNE IVAN NORMAN, Appellant**

**V.**

**ALLISON M. NORMAN, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-10-11909**

**MEMORANDUM OPINION**

On October 2, 2018, the trial court signed the final decree in the divorce of Allison M. Norman and Wayne Ivan Norman. Wayne filed a notice of appeal on November 2, 2018, thirty-one days after the trial court signed the judgment. On November 7, 2018, we notified the appellant that his notice of appeal had been filed late but he could file a motion requesting an extension of time. On November 28, 2018, we reminded the appellant that a motion for extension was required and

warned him that the appeal would be dismissed without further notice unless he filed a motion for extension by December 13, 2018. Appellant has failed to respond to our notices and he has failed to file a motion for extension.

The appellant has failed to comply with a notice from the clerk requiring action within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, the appeal is dismissed. Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on January 9, 2019
Opinion Delivered January 10, 2019

Before Kreger, Horton, and Johnson, JJ.